UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

IN RE:

ASAP SANITATION, LLC,  No. 14-50529
Chapter 7

Debtor-in-Possession

### DEBTOR'S MOTION TO SELL PERSONAL PROPERTY
### FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES

The Debtor, by and through counsel, hereby moves for entry of an Order pursuant to §363 of Title 11 of the United States Bankruptcy Code, permitting Debtor to sell certain assets free and clear of liens, claims, and encumbrances. In support thereof, the Debtor states as follows:

### JURISDICTION AND VENUE

The statutory predicate for the relief sought in this Motion is 11 U.S.C. § 363(b) and (f) of the United States Code (the "Bankruptcy Code"), as complemented by Rule 6004 of the Federal Rules of Bankruptcy Procedure.

### BACKGROUND

1. The Debtor, ASAP Sanitation, LLC, is solely owned by Weston Burnett. The Debtor operates a portable toilet business.

2. At the time of filing, the Debtor owed debts in excess of $203,000.00 and estimated the current fair market value of its assets at $66,500.00.

2. On July 24, 2014 (the "Petition Date"), the Debtor filed with this Court, a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

3. The Debtor has provided the Chapter 7 Trustee with a list of all assets.

4. All of the Debtor's assets are subject to lien in favor of Community Financial Services Bank ("CFSB") with a current balance of approximately $106,000.00.

5. In almost nine (9) months, no one has made an offer to purchase all of the assets for an amount in excess of the debt owed to CFSB.

6. Weston Burnett, the sole member of the Debtor herein, offers to purchase all assets of the Debtor for the amount of $110,000.00.

7. The Debtor believes that this sale is in the best interest of the Debtor and its creditors, as these items are of minimal value to anyone other than Weston Burnett.

## RELIEF REQUESTED

8. By this Motion, the Debtor seeks entry of an Order, pursuant to § 363 of the Bankruptcy Code, authorizing and approving the sale of all of the Debtor's assets to the prospective buyer set forth above, free and clear of any liens, claims and encumbrances.

## BASIS FOR RELIEF REQUESTED

9. Section 363(b) of the Bankruptcy Code provides that a debtor-in-possession "may use, sell, or lease, other than in the ordinary course of business, property of the estate." *See* 11 U.S.C. § 363(b). Section 363(f) of the Bankruptcy Code provides that a debtor may sell property under § 363(b) free and clear of any interest in such property of an entity other than the estate upon certain conditions. *See* 11 U.S.C. § 363(f).

WHEREFORE, the Debtor moves that the Court approve the sale of its assets free and clear of all liens and encumbrances pursuant to 11 U.S.C. §363, and for any other relief to which the Debtor may appear entitled.

/s/     Todd A. Farmer
Todd A. Farmer
Farmer & Wright, PLLC
4975 Alben Barkley Drive, Suite 1
P. O. Box 7766
Paducah, KY 42002-7766
270-443-4431
Fax:  270-443-4631

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of foregoing has been filed with the Court electronically and to those registered with the Court to receive electronic filings; and mailed to all those parties not registered to receive electronic filings.

/s/     Todd A. Farmer
Todd A. Farmer
*Attorney for Debtor*